PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
0977 1:21CR00077

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00256-CDS-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DOUGLAS CAMPBELL RALEIGH | Montana | Billings |

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
AUGUST 25, 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG  DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| U.S. District Court Judge Susan P. Watters |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/02/2024 | TO 08/01/2029 |
|---|---|---|

**OFFENSE**

Ct. 1 - 21:841(a)(1) and 21:841 (b)(1)(B) - Possession With Intent to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Raliegh is a full-time caregiver for his ailing mother and has established ties to the community. Furthermore, Raliegh has zero intention of returning to the District of Montana for the remainder of his time on supervised release.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-21-2025
Date

*signed* Susan P. Watters
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 27, 2025
Effective Date

Cristina D. Silva, United States District Judge